v. WILLIAM S. HULTS, as Commissioner of Motor Vehicles, Respondent.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before December 12, 1962.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK ex rel. EARNEST BEAL, Appellant, v. WALTER H. WILKINS, as Warden of Attica Prison, Respondent. (B) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. GLENN M. BLISS, Appellant. (C) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CHARLES LA PLACA, Appellant. (D) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALBERT J. MARRONE, Appellant. (E) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SALVATORE PASSANTE, Appellant. (F) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. HERMAN JOSHUA WOOD-COCK, Appellant. (G) THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEVE WUCKICH, Appellant.— [In each action] Motion granted and time for argument of appeal enlarged to include term commencing January 8, 1963.

■ ARNOLD ECKERT et al., Plaintiffs, v. TOWN OF IRONDEQUOIT et al., Defendants.— Application for final order of dismissal of appeal denied. The testimony to be included in the record on appeal should be determined by the Trial Judge.

■ In the Matter of the Accounting of MAE MULRYAN, as Executrix of SARAH KELLEHER, Deceased.— Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ JOSEPH PALOMBI, Appellant, v. HENRY R. DUTCHER, SR., Respondent.— Motion granted to prosecute appeal on one original typewritten record and five typewritten copies of appellant's brief.

■ ISABELLE ARRISON, Respondent, v. ANTHONY CALDERONE, Appellant.— Motion to dismiss appeal denied.

■ HERMAN WEIGERT et al., Appellants, v. NEW YORK STATE THRUWAY AUTHORITY, Respondent.— Appeal dismissed unless records and briefs are filed and served on or before January 4, 1963.

■ C. M. BAY, Appellant, v. GROEN MANUFACTURING COMPANY, Respondent.— Motions to dismiss appeals (3) denied with leave to renew upon proof of the substitution of a representative of the estate of the deceased plaintiff.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RICHARD MILLER et al., Appellants.— Motion granted and time for argument of appeal of appellant Robert Jackson enlarged to include January 1963 Term upon condition that appeal is argued at that term.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. KENNETH M. LEWIS, Appellant.— Motion granted, order dismissing appeal vacated, appeal to be prosecuted upon original record and five typewritten copies of appellant's brief; Richard D. Grisanti, Esq., assigned as counsel, and time for argument of appeal enlarged to include January 1963 Term; appellant directed to file and serve briefs on or before December 12, 1962.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT MORTON, Appellant, v. JAMES McDONALD, as Sheriff of Cayuga County, Respondent.— Motion granted and stay continued pending the determination of the appeal herein, upon condition that the appeal is argued at the term commencing January 8, 1963.

■ ELTON D. SCHNEIDER, Appellant, v. RICHARD C. MIECZNIKOWSKI, Respondent.— Motion granted to prosecute appeal on an original and five typewritten copies of appellant's brief.

■ JOHN LASKOSKI, Respondent, v. WALDO S. DE MERS, Appellant.— Motion to dismiss appeal denied, with leave to respondent to renew the motion upon the argument of the appeal at the January 1963 Term.